# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAY W. ISBELL, #160403, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:17-00021-JB-MU |
| | ) |
| DR. ARNOLD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 20th day of March, 2020.

                                                    /s/ JEFFREY U. BEAVERSTOCK
                                                    UNITED STATES DISTRICT JUDGE